UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAMS ADONIAS CRUZ-CHAVEZ,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>Respondents. | Case No. C26-3789-SKV<br><br>ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application to proceed with this federal habeas action *in forma pauperis* (Dkt. 1) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus (Dkt. 1-1) without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

DATED this 8th day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge